RETURN DATE: August 8th 2013 10:30

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                     Case No. 8-13-73587

                                           Chapter: 13

Ajit Sodhi

                    Debtor(s)
-----------------------------------------------------------x

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the annexed application of Denzil Cameron & Maxine Cameron, ~~Debtor /~~ Creditor / LAND LORD, a hearing will be held before the Hon. JUDGE ALAN S. TRUST, Bankruptcy Judge, to consider the Debtor's / Creditor's motion for an Order granting relief as follows:

Lift Stay order, so that the Sheriff's Department of Nassau can proceed to evict Ajit Sodhi, from the property located at; 1775 Cedar Swamp Road, Upperbrokville, New York 11545, which is not a property owned by Ajit Sodhi, REQuesting Lift with Prejudice.

Date and time of hearing: August 8th 2013 At 10:30 A.m.

Location:  U.S. Bankruptcy Court
           290 Federal Plaza
           P.O. Box 9013
           Central Islip, New York 11722-9013
           Courtroom # 960, 9th Floor

Dated: 7/11/13

_____
(Signature)

Denzil Cameron
1(917) 402-0425

DAVID ELLER
Notary Public - State of New York
NO. 01EL6246304
Qualified in Nassau County
My Commission Expires 08/08/2015

USBC ps_21                                                                                                         Rev. 6/2012

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

------------------------------------------------x

**In re:**                                                        Case No. 8-13-73587
                                                                  Chapter: 13

    Ajit Sodhi

**Debtor(s)**

------------------------------------------------x

## APPLICATION IN SUPPORT OF MOTION

To the Hon. __JUDGE ALAN S. TRUST__, Bankruptcy Judge:

    I, __Denzil Cameron__, ~~Debtor~~ / Creditor [LANDLORD] herein, make this application in support of my motion for the following relief:

Request an immediate Lift of the Bankruptcy stay order so that Ajit Sodhi, a squatter on my premises located at 1775 Cedar Swamp Road, Upperbrookville, New York 11545, may be removed from the property, by the Nassau County Sheriff, AND Stay to be Granted with Prejudice.

In support of this motion, I hereby allege as follows:

Mr Ajit Sodhi, has filed Fraud upon the court, that he is the owner of Real Property, and does not own any Real Estate, and has previously testified under oath to Trustee Marc A Pergament that he did not own any property, Ajit's Chapter 7 was just dismissed.

    **WHEREFORE**, Debtor / Creditor prays for an Order granting relief requested.

Dated: __7/11/13__

                                                                              (Signature)

DAVID ELLER
Notary Public - State of New York
NO. 01EL6246304
Qualified in Nassau County
My Commission Expires 08/08/2015

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re:                                                                    Case No. 8-13- 73587
                                                                          Chapter: 13

                  Ajit Sodhi

                            Debtor(s)
----------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned certifies that on   July 11, 2013   , a copy of the annexed papers was served by depositing same, enclosed in a properly addressed postage-paid envelope, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, upon *[below specify the name and mailing address of each party served]*:

Scott R Schneider
117 Broadway
Hicksville, NY 11801

Ajit Sodhi
1775 Cedar Swamp Road
Upperbrookville, NY  11545

Marc A Pergament
Weinberg Gross & Pergament
400 Garden City Plaza
Suite# 403
Garden City, NY 11530

Dated: 07/11/13

*(Signature)*

10 South Brush Drive
Valley Stream, NY 11581