UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------X      Case No. 13-73587-reg
IN RE:                                 Chapter 13
    Ajit Sodhi,

                    DEBTOR(s).
-------------------------------X

## AMENDED CHAPTER 13 PLAN

1. The future earnings of the debtor are submitted to the supervision and control of the Trustee and the debtor shall pay to the Trustee the sum of $329.00 monthly for a period of sixty (60) months.

2. From the payments so received, the Trustee shall make disbursements as follows:

    a. Full payments in deferred cash payments of all claims entitled to priority under 11 U.S.C. Section 507.
        1. Trustee's commission and unpaid attorneys fees of $1,000.
        2. Internal Revenue Service - $13,200.00 plus 9% interest - $16,442.00

    b. Holders of allowed secured claims shall retain the liens securing such claims and shall be paid the following pre-petition arrears over the term of this plan:
        None

ALL POST-PETITION PAYMENTS, INCLUDING BUT NOT LIMITED TO, MORTGAGE PAYMENTS, VEHICLE PAYMENTS, REAL ESTATE TAXES and INCOME TAXES, TO BE MADE OUTSIDE THE PLAN BY THE DEBTOR.

    c. Subsequent and/or concurrently with distribution to secured creditors, dividends to unsecured creditors whose claims are duly allowed as follows: pro rata distribution to all timely filed proofs of claim of not less than 100%.

3. All lease agreements are hereby assumed, unless specifically rejected as follows:    None

4. During the pendency of this case, if the creditors are paid, pursuant to paragraph 2(c), less than one hundred percent (100%), the debtor shall provide the Trustee with signed copies of filed federal and state tax returns for each year no later than April 15th of the year following the tax period. Indicated tax refunds are to be paid to the Trustee upon receipt; however, no later than June 15th of the year in which the tax returns are filed.

Title to the debtors's property shall revest in the debtor upon completion of the plan, unless otherwise provided in the Order confirming this plan. Throughout the term of this plan, the debtor will not incur post-petition debt over $1,500.00 without written consent of the Chapter 13 trustee or the Court.

Dated: Hicksville, New York
       July 17, 2013

s/ _____
Ajit Sodhi, Debtor


s/ _____
Scott R. Schneider, Esq.,
as attorney for Debtor only