

RETURN DATE : August 21, 2013

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------x
In re:                                    Case No. 8-13-73587-ast

                                          Chapter: 13
           AJIT SODHI

                 Debtor(s)
-----------------------------------------------x

( AMENDED ) NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the annexed application of
Denzil Cameron & Maxine Cameron ,-Debtor-/ (Landlord) Creditor, a hearing will be
held before the Hon. Judge Grossman , Bankruptcy Judge, to consider the
Debtor's / Creditor's motion for an Order granting relief as follows:

Lift stay order, so that the Sheriff's Department of Nassau
can proceed to evict Ajit Sodhi, from the property located at:
1775 Cedar Swamp Road, Upperbrookville, New York 11545, which is
not a property owned by Ajit Sodhi, and requesting the Lift to be
granted with prejudice.

Date and time of hearing: August 21, 2013 at 9:30 A.M.

Location :    U.S. Bankruptcy Court
              290 Federal Plaza
              P.O. Box 9013
              Central Islip, New York 11722-9013
              Courtroom # 860 , 8th Floor

Dated: 7/19/2013

_____
(Signature)

USBC ps_21                                                                                                    Rev. 6/2012

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
**In re:**                                                           Case No. 8-13-73587
                                                                              Chapter: 13

AJIT SODHI

--------------------------------- Debtor(s) ---------------------------------

-------------------------------------------------------X

## APPLICATION IN SUPPORT OF MOTION

To the Hon. __Judge Grossman__, Bankruptcy Judge:

                                                      (Landlord)
I, __Denzil Cameron__, ~~Debtor /~~ Creditor herein, make this application in support of my motion for the following relief:

REQUEST AN IMMEDIATE LIFT OF THE BANKRUPTCY STAY ORDER WITH PREJUDICE, So that Sodhi, a squatter on my premises located at 1775 Cedar Swamp Road, Upperbrookville, New York 11545, may be removed from the property, by the Nassau County Sheriff.

    In support of this motion, I hereby allege as follows:

Mr. Ajit Sodhi, has filed FRAUD upon the court, that he is the owner of Real Property, and does not own any Real Estate, and has previously testified under oath to Trustee Marc A Pergament that he did not own any property. A Chapter 7 Bankruptcy recently filed by the Sodhis was dissmissed approximatly three weeks ago.

    WHEREFORE, ~~Debtor~~/Creditor prays for an Order granting relief requested.
                          (Landlord)

Dated: 7/19/2013

_____
(Signature)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re:                                                                  Case No. 8-13-73587

           AJIT SODHI                                           Chapter: 13

**Debtor(s)**
-----------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned certifies that on ___July 24, 2013___, a copy of the annexed papers was served by depositing same, enclosed in a properly addressed postage-paid envelope, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, upon *[below specify the name and mailing address of each party served]*:

```
Marianne DeRosa
Standing Chapter 13 Trustee
115 Eileen Way   Suite#105
Syosset, NY 11791

Scott R Schneider
117 Broadway
Hicksville, NY 11801

Ajit Sodhi
1775 Cedar Swamp Road
Upperbrookville, NY 11545

Marc A Pergament
Weinberg Gross & Pergament
400 Garden City Plaza
Suite# 403
Garden City, NY 11530
```

Dated: July 24, 2013

*(Signature)*
Linford A Brown Jr
10 South Brush Drive
Valley Stream, NY 11581