UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---

ADJIT SODHI                                          Case No.: 13-73587

                      Debtors.                     **AFFIDAVIT OF MAILING**

---

STATE OF NEW YORK)
COUNTY OF MONROE ) ss:

_Alicia M Bush_, being duly sworn, deposes and says:

1. I am over 18 years of age, reside in Rochester, New York, and I am employed by Davidson Fink LLP, the attorneys for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC. ASSET-BACKED CERTIFICATES, SERIES 2006-11 secured creditor in this action.

2. On August    , 2013, deponent served a copy of Objection to confirmation of plan and supporting exhibits by first-class mail, upon:

Ajit Sodhi
1775 Cedar Swamp Road
Glen Head, NY 11545

Scott R. Schneider, Esq.
177 Broadway
Hicksville, NY 11801

Marianne DeRosa, Esq.
115 Eileen Way
Suite 105
Syosset, NY 11791

Michael J. Macco, Esq.
135 Pinelawn Road
Suite 120
Melville, NY 11747

U.S. Trustee
Long Island Federal Courthouse
560 Federal Plaza Room 560
Central Islip, NY 11722

by depositing a true copy of said document securely enclosed in postpaid wrappers in the Post Office Box regularly maintained by the United States Postal Service at 28 East Main Street, Suite 1700, Rochester, New York.

_____

Sworn to before me this
3rd day of August, 2013

_____
Notary Public

LISA J. WELLS
NOTARY PUBLIC, State of New York
Registration No. 01WE6187485
Qualified in Wayne County
Commission Expires May 19, 20_16_